UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Maria Castillo-Gomez

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

-CR-   ( )( )

18 USC 1956

Defendant __Maria Castillo Gomez__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

__Maria Castillo Gomez__
Print Defendant's Name

__Anna Schneider__
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

4-15-2021
Date

_____
**Ona T. Wang**
United States Magistrate Judge